### 18520. WRIGHT *v.* THE STATE.

BLOODWORTH, J. There was ample evidence to authorize the conviction of the accused of the offense of possessing intoxicating liquor, and the judge of the superior court properly overruled the certiorari.

　　　　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

　　　　　　　　DECIDED DECEMBER 13, 1927.

Certiorari; from Fulton superior court—Judge Howard. September 19, 1927.

*Audley M. Lane,* for plaintiff in error.

*Carlton W. Binns, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Intoxicating Liquors, 33 C. J. p. 761, n. 53.

---

### 18527. BURT *v.* THE STATE.

LUKE, J. 1. In view of the counter-showing made by the State, the trial judge did not abuse his discretion in refusing to grant a new trial on the newly discovered evidence. Neither will the rejection of evidence as complained of in the third special ground require a new trial of the case.

2. The evidence convinced the jury of the defendant's guilt; the trial judge approved their verdict; and, no reversible error of law being shown, this court will not say that the judge erred in overruling the motion for a new trial.

　　　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

　　　　　　　　DECIDED DECEMBER 13, 1927.

Seduction; from Colquitt superior court—Judge W. E. Thomas. September 22, 1927.

*James L. Dowling,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 248, n. 3.